UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
POKAM NGOMSI,

                              Plaintiff,                   **SCHEDULING ORDER**

    -against-                                        23 Civ. 9628 (PMH)(JCM)

NORTHEAST KIA,

                              Defendant.
-----------------------------------------------------------------X

        The Court has scheduled a Settlement Conference for May 15, 2024 at 2:00 p.m. via Microsoft Teams. A separate e-mail will be sent to counsel containing information on how to connect to the conference.

        Parties are required to appear. Counsel are required to submit a confidential, *ex parte* letter, so identified, to the Court, not to exceed 5 pages in length, no later than five business days prior to the conference. The letter must summarize (1) the history of settlement negotiations; (2) the issues in the case; (3) the party's settlement valuation of the case and the rationales for it; and (4) any other information counsel believes would assist the Court in preparation for the conference. In addition, prior to the submission of the *ex parte* letters, Plaintiff must make at least one new settlement demand, and Defendant must make at least one new settlement offer.

Dated: April 11, 2024
       White Plains, New York

                                                   **SO ORDERED:**

                                                 _____
                                                 JUDITH C. McCARTHY
                                                 United States Magistrate Judge